No. P66/374.—ACEC Electric Corp. et al. *v.* United States, protests 61/21717, etc. (New York).

No. P66/375.—ACEC Electric Corp. et al. *v.* United States, protests 64/9194, etc. (New York).

FORD, J. In accordance with stipulation of counsel that the merchandise covered by the foregoing protests consists of sewing machine motors similar in all material respects to those the subject of *ACEC Electric Corp.* v. *United States* (55 Cust. Ct. 138, C.D. 2563), the claim of the plaintiffs was sustained.

BEFORE THE FIRST DIVISION, DECEMBER 20, 1966

No. P66/376.—The Rike Kumler Company *v.* United States, protest 64/16863 (Cleveland).

No. P66/377.—Illfelder Importing Co., Inc. *v.* United States, protests 65/945, etc. (New York).

No. P66/378.—Gimbel Bros., Inc. *v.* United States, protest 65/23335 (New York).

OLIVER, J. In accordance with stipulation of counsel that the merchandise covered by the foregoing protests consists of plastic paperweights similar in all material respects to those the subject of *Ace Importing Co., Inc.* v. *United States* (50 Cust. Ct. 226, Abstract 67488), the claim of the plaintiffs was sustained.

BEFORE THE SECOND DIVISION, DECEMBER 20, 1966

No. P66/379.—D. C. Andrews & Company, Inc. *v.* United States, protests 63/21090, etc. (Chicago).

FORD, J. In accordance with stipulation of counsel that the merchandise covered by the foregoing protests consists of Carter variable speed gears similar in all material respects to those the subject of *D.C. Andrews & Co., Inc.* v. *United States* (55 Cust. Ct. 369, C.D. 2603), the claim of the plaintiff was sustained.